UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:20 CR 112 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| v. | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | |
| JONIAYA LADD | ) | |

-FILED-

AUG 20 2020

ROBERT N. ~~ovich, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 20, 2020, in the Northern District of Indiana,

**JONIAYA LADD**,

defendant herein, in connection with the acquisition of a firearm from the firearms dealer Cash Loan & Security, Inc. d/b/a A-Z Exchange, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on March 20, 2020, that

1

her current state of residence and address was 2212 Sycamore, Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 2212 Sycamore, Lafayette, Indiana, all in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about March 20, 2020, in the Northern District of Indiana,

**JONIAYA LADD,**

defendant herein, knowingly made a false statement and representation to the firearms dealer Cash Loan & Security, Inc. d/b/a A-Z Exchange, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on March 20, 2020, to the effect that her address was 2212 Sycamore, Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 2212 Sycamore, Lafayette, Indiana, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about April 18, 2020, in the Northern District of Indiana,

**JONIAYA LADD,**

defendant herein, in connection with the attempted acquisition of a firearm from the firearms dealer Cash Loan & Security, Inc. d/b/a A-Z Exchange, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on April 18, 2020, that her current state of residence and address was 2212 Sycamore Ln., Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 2212 Sycamore Ln., Lafayette, Indiana, all in violation of Title 18, United States Code, Section 922(a)(6).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about April 18, 2020, in the Northern District of Indiana,

**JONIAYA LADD**,

defendant herein, knowingly made a false statement and representation to the firearms dealer Cash Loan & Security, Inc. d/b/a A-Z Exchange, who is licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on April 18, 2020, to the effect that her address was 2212 Sycamore Ln., Lafayette, Indiana, whereas in truth and in fact, she knew that her current address was not 2212 Sycamore Ln., Lafayette, Indiana, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

s/Foreperson
FOREPERSON

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: s/Kevin F. Wolff
Kevin F. Wolff
Assistant United States Attorney